UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADORE QUINTERO-MENDOZA,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL L. BENOV,<br><br>    Respondent. | Case No.: 1:13-cv-01885 AWI GSA HC<br><br>ORDER GRANTING RESPONDENT TWENTY (20) DAYS IN WHICH TO SUBMIT MATERIALS IN SUPPORT OF MOTION TO DISMISS<br><br>ORDER GRANTING PETITIONER OPPORTUNITY TO SUPPLEMENT OPPOSITION TO MOTION TO DISMISS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 3, 2014, Respondent filed a motion to dismiss the petition as moot. The petition concerns a disciplinary hearing held before a disciplinary hearing officer ("DHO") who is not an employee of the Federal Bureau of Prisons ("BOP"). Respondent contends that claims concerning the disciplinary charges and sanctions that were the subject of the petition have been rendered moot because the charges have been considered by a DHO who is a BOP employee and who imposed independent sanctions. However, Respondent did not submit any evidentiary matter that would tend to establish the facts relating to the asserted rehearing process that would constitute the basis for the request for dismissal.

A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties. Landis v. North American Co., 299 U.S. 248,

254-255 (1936); <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992).  In the interest of the efficient administration of justice, the Court exercises its discretion to permit Respondent to supplement the motion with appropriate documentation and evidentiary materials to support the motion for dismissal.

Accordingly, it is ORDERED that Respondent may SUBMIT materials in support of the motion to dismiss no later than twenty (20) days after the date of service of this order.  Petitioner is GRANTED thirty (30) days after the date on which Respondent submits materials to the Court to supplement his opposition to the motion.

IT IS SO ORDERED.

Dated:   **April 14, 2014**                                **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

2